## THE STATE OF IOWA v. MORIARTY.

*Appeal from Jackson District Court — Friday, April 20.*

### DISMISSAL OF APPEAL.

THE decision of the court was announced by —

WRIGHT, J.— The appeal in this case was taken by the State, from an order overruling a demurrer to a part of defendants' answer. In this court the attorney-general asks "that the appeal be dismissed." This is the right of the State as well as of any other appellant, unless it appears that the appellee will be injured or prejudiced thereby. Such prejudice or injury is not shown in this case, and the appeal is therefore dismissed at appellants' cost.

*F. E. Bissell,* Attorney-General, for the State — *Booth & Graham* for the appellee.